CARCIONE, Respondent, v. McDONALD, Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Antonio Carcione against John B. McDonald and Andrew Onderdonk, defendant. PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, for the refusal to charge the second request presented by the defendant at folio 200 of the case on appeal. See, also, 136 App. Div. 896, 120 N. Y. Supp. 1116. BURR, J., concurs, without passing upon other questions in the case.

CARONOANO, Appellant, v. POMERANZ, Respondent. (Supreme Court, Appellate Division, Second Department. February 2, 1912.) Action by Luigi Caronoano against Israel Pomeranz. PER CURIAM. Judgment affirmed, with costs. CARR and RICH, JJ., dissent.

CARPENTER, Appellant, v. ECKARDT, Respondent. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Edwin E. Carpenter against E. Henry Eckardt. No opinion. Judgment of the Municipal Court affirmed, with costs.

CENTRAL TRUST CO. OF NEW YORK v. GAFFNEY et al. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by the Central Trust Company of New York against Fannie H. Gaffney and Frederick E. Humphreys. W. B. Walker, for appellant. E. R. Greene, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CHAMPLIN et al., Respondents, v. COMMERCIAL UNION ASSUR. CO., Limited, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Helen Champlin and another against the Commercial Union Assurance Company, Limited, impleaded with another. No opinion. Judgment and order affirmed, with costs.

In re CHAPIN'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) In the matter of the appraisal of the estate of Louise P. Chapin, deceased, under the acts in relation to taxable transfers of property. No opinion. Appeal dismissed, without costs, upon stipulation filed.

CHICK, Respondent, v. MENIHAN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by B. Parker Chick against the Menihan Company. No opinion. Judgment affirmed, with costs.

CHISM et al., Appellants, v. SMITH, Respondent. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by John D. Chism, Jr., and another against Sheldon D. Smith. No opinion. Judgment unanimously affirmed, with costs. See, also, 138 App. Div. 715, 123 N. Y. Supp. 691; 130 N. Y. Supp. 881.

In re CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) In the matter of the application of the City of Buffalo to acquire in fee simple lands and premises along the water front between Georgia and Jersey streets for park purposes. Proceeding No. 2. No opinion. Motion for reargument (132 N. Y. Supp. 926) denied, with $10 costs.

CITY OF NEW YORK v. FOSTER. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by the City of New York against Morton H. C. Foster. With this case have been consolidated in this court cases bearing titles as follows: Allen McDonnell v. Bernard McConville; Belle Wooding v. William B. Thom; Le Roy F. Hovey v. De Long Hook & Eye Company; Same v. Thomas D. Richardson. No opinions. Motions for leave to go to Court of Appeals granted. Orders filed. See, also, 133 N. Y. Supp. 152.

CITY OF NEW YORK, Appellant, v. HALL et al., Respondents. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by the City of New York against Marion C. Hall and others, as administrators. C. A. Peters, for appellant. W. H. Blain, for respondents. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. LAUGHLIN, J., dissents.

C. L. AMOS COAL CO., Respondent, v. GEORGE V. FOWLER REALTY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by the C. L. Amos Coal Company against the George V. Fowler Realty Company. No opinion. Judgment affirmed, with costs.

CLYDE, Appellant, v. BROOKLYN UNION ELEVATED R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by George M. Clyde against the Brooklyn Union Elevated Railroad Company. No opinion. Motions denied, without costs. See, also, 133 N. Y. Supp. 1.

COFFIN, Appellant, v. BARBER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Ac-

tion by Walter S. Coffin against James J. Barber and others.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., dissents.

COHEN, Respondent, v. ANTOKOLITZ, Appellant. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Rosie Cohen against Solomon Antokolitz. C. J. Gleason, for appellant. B. Edelhertz, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COHEN v. LOKETZ et al. (Supreme Court, Appellate Division, Second Department. March 1, 1912.) Action by Hyman Cohen against Louis Loketz and others. No opinion. Order affirmed, with $10 costs and disbursements.

COHEN, Respondent, v. NEW YORK TIMES CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) Action by Zealey Cohen, by his guardian ad litem, against the New York Times Company. No opinion. Motion, so far as it asks leave to file brief on appeal, granted, without costs; otherwise, denied. See, also, 132 N. Y. Supp. 1.

COLE, Respondent, v. VAN COTT et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Frederick W. Cole against John W. Van Cott and another. No opinion. Judgment unanimously affirmed, with costs.

COLLINS v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by John Collins against the City of New York. With this case have been consolidated in this court cases bearing titles as follows: Thomas Robb v. City of New York; Solomon L. Cohen v. Morris European & American Express Co.; Franklin Matthews v. Victor Hotel Company (two cases). No opinions. Applications granted. Orders signed.

COLLINS, Respondent, v. VICTORIA PAPER MILLS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by William H. Collins against the Victoria Paper Mills Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 140 App. Div. 941, 126 N. Y. Supp. 1126.

WILLIAMS, J., dissents, upon the ground of errors in the charge—among others, the submission to the jury of the question of a safe place, which was not raised by the pleadings.

COLOR PHOTOGRAPHY CO. v. DONOHUE (two cases). (Supreme Court, Appellate Division, First Department. February 9, 1912.) Actions by the Color Photography Company against John J. Donohue. No opinion. Motions denied, with $10 costs. Settle orders on notice.

COLWELL LEAD CO., Respondent, v. BLACK et al., Appellants. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by the Colwell Lead Company against Louis Black and others. C. Goldzier, for appellants. C. W. Jewell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CONRADY, Respondent, v. BUHRE, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Charles A. Conrady against Daniel Buhre. Appeal No. 1. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 133 N. Y. Supp. 245.

CONROY, Appellant, v. GOLDSMITH, Respondent. (Supreme Court, Appellate Division, First Department. February 2, 1912.) Action by Marie M. Conroy against Louis Goldsmith. J. J. Adams, for appellant. J. J. Mahoney, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CONSIDINE, Respondent, v. HUDSON TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by George F. Considine against the Hudson Trust Company, individually and as administrator, etc. J. M. Grossman, for appellant. H. J. Goldsmith, for respondent. No opinion. Judgment affirmed. with costs. Order filed. See, also, 145 App. Div. 922, 130 N. Y. Supp. 1108.

CONWAY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Hugh Conway, as administrator de bonis non, etc., against the City of New York. C. L. Barber, for appellant. H. Heerchen, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, P. J., and DOWLING, J., dissent, on the grounds stated in the dissenting opinion on the former appeal (139 App. Div. 446, 124 N. Y. Supp. 660). Order filed.

COONAN, Respondent, v. HAMBURG-AMERICAN PACKET CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by William H. Coonan against the Hamburg-American Packet Company. (Appeal No. 2.) No opinion. So much of order made on August 22, 1911. as is appealed from, affirmed. Order of September 1, 1911, affirmed. Ten dollars costs